IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                    CRIMINAL NO. 11-CR-30170-DRH

DERRICK WILLIAMS,

        Defendant.

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

**HERNDON, Chief Judge:**

On April 25, 2012, this court entered an order for forfeiture against defendant Derrick Williams for the following property which had been seized from said defendant:

> **One Glock, Model 26, 9mm semi-automatic pistol, bearing serial number BZX940US, and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning September 1, 2013, and ending September 30, 2013, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on April 25, 2012, namely:

**One Glock, Model 26, 9mm semi-automatic pistol, bearing serial number BZX940US, and any and all ammunition contained therein.**

The United States Marshal shall dispose of the property according to law.

**IT IS SO ORDERED.**
Signed this 23rd day of April, 2014.

Digitally signed by
David R. Herndon
Date: 2014.04.23
16:20:22 -05'00'

**Chief Judge**
**United States District Court**